UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLIANZ UNDERWRITERS INSURANCE COMPANY | CIVIL ACTION |
| | NO. 24-384 |
| DENKA PERFORMANCE ELASTOMERS, LLC | SECTION M (5) |

## ORDER

It has been brought to the Court's attention that the above-captioned matter is related to Civil Action No. 23-735, *United States of America v. Denka Performance Elastomers, LLC, et al*, previously allotted to Section J of this Court.

Accordingly,

IT IS ORDERED that the above-captioned case is transferred to Section J for further proceedings.

New Orleans, Louisiana, this 14th day of February, 2024.

**TRANSFERRED TO**
**SECT. J**
February 14, 2024

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE