IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLIANZ UNDERWRITERS INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>DENKA PERFORMANCE ELASTOMERS LLC,<br><br>  Defendant. | CASE NO. 2:24-cv-00384<br><br>DISTRICT JUDGE<br>CARL J. BARBIER (J)<br><br>MAGISTRATE JUDGE<br>MICHAEL B. NORTH (5) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff, Allianz Underwriters Insurance Company, and Defendant, Denka Performance Elastomer LLC, which jointly stipulate that this matter is voluntarily **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorney's fees.

Dated: November 26, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ *Kelly L. Stoltz* | /s/ *Rachel G. Webre* |
| KELLY L. STOLTZ (*pro hac vice* admission) | RACHEL G. WEBRE (Bar No. 26907) |
| JAMES A. HOLEVAS (*pro hac vice* admission) | Gieger, Laborde & Laperouse, LLC |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | 701 Poydras Street, Suite 4800 |
| 10 South Wacker Drive, Suite 2100 | New Orleans, Louisiana 70139 |
| Chicago, Illinois 60606 | Telephone: (504) 561-0400 |
| Telephone: (312) 585-1400 | rwebre@glllaw.com |
| kstoltz@nicolaidesllp.com | |
| jholevas@nicolaidesllp.com | *Counsel for Plaintiff, Allianz Underwriters Insurance Company* |

and

2

*/s/ Tyler J. Rench*
COVERT J. GEARY (#14280)
TYLER J. RENCH (#34049)
Jones Walker LLP
201 St. Charles Ave., Ste. 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8336
Facsimile: (504) 589-8336
cgeary@joneswalker.com
trench@joneswalker.com

*Counsel for Defendant,*
*Denka Performance Elastomer LLC*